**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-7444**

---

EARL GRAVES,

        Plaintiff - Appellant,

    v.

LIEUTENANT HALLOWELL; T. HAMILTON, Food Services Manager; THOMAS ASBELL, Superintendent,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever, III, Chief District Judge. (5:13-ct-03152-D)

---

Submitted: April 23, 2015            Decided: April 27, 2015

---

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Earl Graves, Appellant Pro Se. Judith Maria Estevez, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Earl Graves appeals the district court's order granting Defendants' motion for judgment on the pleadings and dismissing Graves' 42 U.S.C. § 1983 (2012) complaint, and he has filed an application to proceed in forma pauperis. Limiting our review to the issues raised in the informal brief, see 4th Cir. R. 34(b), we find no reversible error. Accordingly, although we grant Graves' application to proceed in forma pauperis, we affirm the district court's judgment. Graves v. Hallowell, No. 5:13-ct-03152-D (E.D.N.C. Sept. 23, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED